## U.S. BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: PATRICIA CURRIE | * | CHAPTER 13 BANKRUPTCY |
| | * | |
| | * | SECTION "A" |
| | * | |
| DEBTOR | * | CASE NO. 12-11820 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**

This matter was set for hearing on Motion to Compromise filed by Debtor, Patricia M. Currie and Objection filed by Creditor Fairway Villas I Homeowners Association on June 21, 2016.

**ABSENT:** Keith M. Couture, Attorney for
Debtor, Patricia Currie

**PRESENT:** Lesli Bolner, Attorney for
Fairway Villas I Homeowners Association

Andrew Wiebelt, II, Attorney for
Chapter 13 Trustee

Considering the pleadings, the argument of Counsel, and for the reasons orally assigned,

**IT IS ORDERED**, that the Motion is GRANTED-in-part and DENIED-in-part. The Motion is granted as to the compromise and denied as to the Debtor using the proceeds for medical and car expenses.

**IT IS FURTHER ORDERED,** that the Debtors proceeds shall be paid to the Trustee;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the trustee is to forward the proceeds to Fairway Villas I Homeowners Association for payment of delinquent post-petition homeowner association fees.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 13, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge