# U.S. BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: PATRICIA CURRIE | * | CHAPTER 13 BANKRUPTCY |
| | * | |
| | * | SECTION "A" |
| | * | |
| DEBTOR | * | CASE NO. 12-11820 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

FILED:_____  _____
**DEPUTY CLERK**

## MOTION FOR RECONSIDERATION

**NOW INTO COURT,** through undersigned counsel comes debtor, Patricia Currie, who respectfully desires that the Court reconsider its ruling on the Motion to Compromise filed in the above captioned case:

1.

On July 13, 2016, this Court rendered judgment denying debtor's Motion to Compromise in part and granting the objection of Fairway Villas I Homeowners Association, Inc.

2.

Debtor requests that it be reconsidered because counsel for debtor was unable to respond to the objection due to being in another court that ran long.

Counsel contacted the court and opposing counsel and advised them of same on the date of the hearing.

3.

Debtor further requests that the Court reconsider that said money be paid to Fairway Villas I Homeowners Association, Inc. and instead paid to Debtor, Patricia Currie.

THEREFORE, Debtor prays that the Court will reconsider its ruling on the Motion to Compromise in the above captioned case and will vacate the previous order and render a new order consistent with this motion and memorandum that was filed.

**RESPECTFULLY SUBMITTED,**

_/s/Keith Couture_____
**KEITH COUTURE (#22759)**
337 Highway 21, Suite D
Madisonville, LA 70447
985-792-7746 (OFFICE)
985-400-2232 (FAX)