# U.S. BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: PATRICIA CURRIE | * | CHAPTER 13 BANKRUPTCY |
| | * | |
| | * | SECTION "A" |
| | * | |
| DEBTOR | * | CASE NO. 12-11820 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes **KEITH COUTURE**, Counselor at Law, and on herein suggests to this Court that he has heretofore represented **PATRICIA CURRIE** in this matter, but that he desires to withdraw as counsel in this case for the following reasons, to wit:

I.

Counsel and his client disagree fundamentally on the direction and the procedure to take in this case.

II.

Counsel further states that he has informed his client of this motion to withdraw by sending client a copy of this motion via U.S. Mail, postage prepaid and email this date.

III.

Counsel further states that:

This matter has a hearing on Debtor's Motion to Reconsider on October 25, 2016 at 10 a.m.

**RESPECTFULLY SUBMITTED,**

**_/s/Keith Couture_____**      **Dated: October 4, 2016**
**KEITH COUTURE, #22759**
337 Highway 21, Suite D
Madisonville, LA 70447
Telephone: (985) 792-7746
Facsimile: (985) 400-2232
**kcouture@couturelaw.net**