## U.S. BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: PATRICIA CURRIE | * | CHAPTER 13 BANKRUPTCY |
| | * | |
| | * | SECTION "A" |
| | * | |
| DEBTOR | * | CASE NO. 12-11820 |
| | * | |

* * * * * * * * * * * * * *

### ORDER

Considering the Ex Parte Motion to Withdraw was filed by attorney Keith Couture,

**IT IS ORDERED, ADJUDGED AND DECREED,** that Motion is **DENIED.**

**IT IS FURTHER ORDERED** that the counsel for debtors shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service evidencing such within three (3) days.

New Orleans, Louisiana, October 25, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge