## U.S. BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  PATRICIA CURRIE | * | CHAPTER 13 BANKRUPTCY |
| | * | |
| | * | SECTION "A" |
| | * | |
| DEBTOR | * | CASE NO. 12-11820 |
| | * | |

* * * * * * * * * * * * * *

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes **KEITH COUTURE**, Counselor at Law, and on herein suggests to this Court that he has heretofore represented **PATRICIA CURRIE** in this matter, but that he desires to withdraw as counsel in this case for the following reasons, to wit:

I.

On October 27, 2016, the client went to Counsel's office at approximately 3 p.m. with a loaded shotgun and told Counsel that she was there to kill him.  Counsel wrestled the shotgun away from her and she was arrested for Aggravated Assault and other charges.

II.

Prior to this incident, Counsel and his client had disagreed fundamentally on the direction and the procedure to take in this case and Counsel submitted a Motion to Withdraw on or about September 27, 2016.

III.

Counsel further states that he had informed his client of this motion to withdraw by sending client a letter via U.S. Mail, postage prepaid before the client made an attempt on his life.

Wherefore, Keith Couture, respectfully requests that he be allowed to withdraw from the above representation due to the un-waivable conflict described above.

**RESPECTFULLY SUBMITTED,**

__/s/Keith Couture_____
**KEITH COUTURE, #22759**
337 Highway 21, Suite D
Madisonville, LA 70447
Telephone: (985) 792-7746
Facsimile: (985) 400-2232