## U.S. BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: PATRICIA CURRIE | * | CHAPTER 13 BANKRUPTCY |
| | * | |
| | * | SECTION "A" |
| | * | |
| DEBTOR | * | CASE NO. 12-11820 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

An Ex Parte Motion to Withdraw was filed by attorney Keith Couture;

The Court having considered the merits of the Motion and the nature of the conflict and facts therein;

**IT IS ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and Keith Couture is hereby withdrawn as attorney of record for Debtor, Patricia Currie;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that within three (3) days Keith Couture shall forward a copy of this Order to all parties that will not receive notice via the court CM/ECF system.

New Orleans, Louisiana, November 2, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge